# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 27, 2025

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| No. 25-1090 | IN RE: <br>    BILLIE JEROME ALLEN, <br>       Petitioner |
|---|---|
| **Petition for Writ of Mandamus** | |
| District Court No: 2:20-cv-00406-JRS-MJD <br> District Judge James R. Sweeney, II | |

The following is before the court: **PETITION FOR WRIT OF MANDAMUS**, filed on January 21, 2025, by counsel for the petitioner.

In light of the district court's order issued on January 23, 2025, denying Billie Allen's motion to alter or amend the judgment under Rule 59(e) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that the petition is **DENIED** as unnecessary.

form name: **c7_Order_3J**     (form ID: **177**)